AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2020
SEAN F. McAVOY, CLERK

PAMELA LYNCH

*Plaintiff*

v.

ETHICON INC., ETHICON LLC, and JOHNSON & JOHNSON

*Defendant*

Civil Action No. 2:20-cv-00217-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 37) is GRANTED.
Counts I–XV of Lynch's Complaint (ECF No. 1) are DISMISSED WITH PREJUDICE.
Judgment entered in favor of Defendants Johnson & Johnson, Ethicon, Inc., and Ethicon LLC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on a motion for Summary Judgment (ECF No. 37).

Date: 9/24/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams